NOTICE: NOT FOR OFFICIAL PUBLICATION.
UNDER ARIZONA RULE OF THE SUPREME COURT 111(c), THIS DECISION IS NOT PRECEDENTIAL
AND MAY BE CITED ONLY AS AUTHORIZED BY RULE.

IN THE

# ARIZONA COURT OF APPEALS
### DIVISION ONE

---

STATE OF ARIZONA, *Respondent*,

*v.*

IRVIN DARRYL WILLIAMS, SR., *Petitioner.*

No. 1 CA-CR 21-0468 PRPC
FILED 2-8-2022

---

Petition for Review from the Superior Court in Maricopa County
No. CR2014-117264-001
The Honorable Michael C. Blair, Judge

**REVIEW GRANTED; RELIEF DENIED**

---

APPEARANCES

Maricopa County Attorney's Office, Phoenix
By Amanda M. Parker
*Counsel for Respondent*

Irvin Darryl Williams, Sr., Kingman
*Petitioner*

**MEMORANDUM DECISION**

Presiding Judge Jennifer B. Campbell, Judge Randall M. Howe, and Judge James B. Morse Jr., delivered the decision of the Court.

**PER CURIAM**:

**¶1**   Petitioner Irvin Darryl Williams, Sr., seeks review of the superior court's order denying his sixth petition for post-conviction relief.

**¶2**   Absent an abuse of discretion or error of law, this Court will not disturb a superior court's ruling on a petition for post-conviction relief. *State v. Gutierrez*, 229 Ariz. 573, 577, ¶ 19 (2012). It is petitioner's burden to show that the superior court abused its discretion by denying the petition for post-conviction relief. *See State v. Poblete*, 227 Ariz. 537, ¶ 1 (App. 2011) (petitioner has burden of establishing abuse of discretion on review).

**¶3**   We have reviewed the record in this matter, the superior court's order denying the petition for post-conviction relief, the petition for review, and response. We find that petitioner has not established an abuse of discretion.

**¶4**   We grant review but deny relief.

